UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| LISA ADAMS, | |
| Plaintiff, | Case No. 2:17-cv-00090- JD-JEM |
| v. | Honorable Judge Jon E. DeGuilio |
| VERDE ENERGY USA, INC, | |
| Defendant. | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff, LISA ADAMS, by and through her attorneys, SULAIMAN LAW GROUP, LTD., and, in support of her Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against the Defendant, VERDE ENERGY USA, INC., with prejudice. Each party shall bear its own costs and attorney fees.

Dated: May 18, 2017

Respectfully Submitted,

/s/ Nathan C. Volheim
Nathan C. Volheim
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630)575-8181
Fax: (630)575-8188
nvolheim@sulaimanlaw.com